**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CRIMINAL NO. SA-21-CR-00025-OLG** |
| | ) | |
| **JAYLYN CHRISTOPHER MOLINA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**UNITED STATES OF AMERICA'S**
**MOTION FOR FINAL JUDGMENT OF FORFEITURE**

Comes now the United States of America, by and through the United States Attorney for

the Western District of Texas and the undersigned Assistant United States Attorney, and files its

Motion for Final Judgment of Forfeiture pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2)

and Title 21 U.S.C. § 853(n)(1-7), and in support thereof says the following:

**I.**

On January 25, 2021, Defendant **JAYLYN CHRISTOPHER MOLINA** pled guilty to

Count One of the Felony Information (Doc. 3) filed against him, charging him with the violation

of Title 18 U.S.C. § 2252A(a)(2). The Felony Information (Doc. 3) included a Notice of Demand

for Forfeiture pursuant to Title 18 U.S.C. § 2253(a)(1), (2) and (3) in which the United States gave

notice of its intent to forfeit certain properties namely:

- **Samsung Tablet, Model #SM-T510, S/N:R52N30F6FNL; and**
- **Apple Iphone 6 Plus, IMEI: 354393067074295,  S/N: FCGQ91YHG5QM,**

hereinafter referred to as the Subject Personal Properties.

Defendant's Plea Agreement (Doc. 4) with the factual basis contained therein, establishes

that the Subject Personal Properties are subject to forfeiture to the United States pursuant to Title

18 U.S.C. § 2253, for the violations of Title 18 U.S.C. § 2252A(a)(2).

**II.**

On June 11, 2021, the Court entered a Preliminary Order of Forfeiture (Doc. 23) and pursuant to said order, the notice of forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on September 10, 2021 and ending on October 09, 2021, as required by Fed. R. Crim. P. 32.2(b)(6)(C).   The Declaration of Publication (Doc. 31) was filed on January 25, 2022.

**III.**

The United States of America knows of no potential persons or entities who may have a third-party interest in the Subject Personal Properties. Court records for the United States District Clerk's Office, San Antonio Division, reveal that no petitions were filed in this cause by any third-party interests against the Subject Personal Properties pursuant to the provisions of Title 21 U.S.C. § 853(n)(1)-(7) and Fed. R. Crim. P. 32.2(b)(2), and the time for filing such petitions has expired.

**IV.**

On July 1, 2022, Defendant was sentenced to imprisonment for a total term of two hundred sixteen (216) months as to Count One with credit for time served and the Subject Personal Properties were included in his Judgment in a Criminal Case (Doc. 40) entered by this Court on July 5, 2022.   Accordingly, this matter is ready for final disposition.

**V.**

The United States of America moves the Court to find that the United States of America has established the requisite nexus between the Subject Personal Properties and the violations described above by virtue of Defendant's plea agreement and the factual basis contained therein. The United States further moves the Court to find that Defendant has an interest in the Subject

Personal Properties.

Plaintiff, United States of America, further moves the Court to order that any and all right, title, and interest of Defendant in the Subject Personal Properties be forfeited to the United States of America.

Plaintiff, United States of America, further moves the Court to order that any and all right, title, and interest of all other potential petitioners in the Subject Personal Properties be held in default and forfeited to the United States of America.

Plaintiff, United States of America, further moves this Court to order that the Federal Bureau of Investigation and/or its designated agent, seize, take custody, control and possession of the Subject Personal Properties and dispose of the Subject Personal Properties in accordance with law.

Plaintiff, United States of America, further moves this Court to order that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc. 23) entered on June 11, 2021, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

WHEREFORE, ALL PREMISES CONSIDERED, the United States of America moves this Honorable Court for a Final Judgment of Forfeiture against the Subject Personal Properties wherein all right, title, and interest in said Subject Personal Properties shall enure to the United States of America.

Respectfully submitted,

ASHLEY C. HOFF
UNITED STATES ATTORNEY

By:     /s/

MARY NELDA G. VALADEZ
Assistant United States Attorney
Chief, Asset Forfeiture Section
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216
Tel: (210) 384-7040
Fax: (210) 384-7045
Texas Bar No. 20421844
Email: mary.nelda.valadez@usdoj.gov

Attorneys for the United States of America


## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System. Service is not applicable as there are no parties to be notified or served with this filing.

/s/

Mary Nelda G. Valadez
Assistant United States Attorney

4

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CRIMINAL NO. SA-21-CR-00025-OLG** |
| | ) | |
| **JAYLYN CHRISTOPHER MOLINA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**FINAL JUDGMENT OF FORFEITURE**

Came on to be considered the United States of America's Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. § 853(n)(1)-(7), and this Court being fully and wholly apprised in all its premises, finds said Motion meritorious. The Court finds that the United States of America has proven by a preponderance of the evidence the nexus between the properties described below and the violation of Title 18 U.S.C. § 2252A(a)(2) by virtue of Defendant **JAYLYN CHRISTOPHER MOLINA**'s written plea agreement and the factual basis contained therein. The Court further finds that Defendant has an interest in the properties described below and does hereby GRANT said Motion.   IT IS THEREFORE,

ORDERED that all right, title, and interest of Defendant **JAYLYN CHRISTOPHER MOLINA** in the properties described below, to wit:

- **Samsung Tablet, Model #SM-T510, S/N:R52N30F6FNL; and**
- **Apple Iphone 6 Plus, IMEI: 354393067074295, S/N: FCGQ91YHG5QM**

hereinafter referred to as the Subject Personal Properties be, and hereby is, forfeited to the United States of America; and IT IS FURTHER,

ORDERED that any and all right, title, and interest of any and all other potential petitioners in the Subject Personal Properties be, and hereby is, held in default and FORFEITED to the United States of America; and IT IS FURTHER,

ORDERED that the Federal Bureau of Investigation and/or its designated agent, shall seize, take custody, control, and possession of the aforementioned forfeited Subject Personal Properties and shall dispose of same in accordance with law; and IT IS FURTHER,

ORDERED that all terms and provisions contained in this Court's Preliminary Order of Forfeiture (Doc. 23) entered on June 11, 2021, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2022.

_____
Orlando L. Garcia
Chief United States District Judge